48 So.2d 884

**Bettie BUCHMANN et al. v. E. G. McDONALD.**

**6 Div. 133.**

Supreme Court of Alabama.

Oct. 6, 1950.

Herman J. Stewart, of Cullman, for appellants.

PER CURIAM.

Appeal dismissed, motion of appellants.